JS-6



FILED
CLERK, U.S. DISTRICT COURT
APR -8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. EDCV 09-01314 WDK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ALVARO MORALES, et al.,** | |
| Defendants. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to Alvaro Morales and Norma Garcia Pedroza, individually and d/b/a La Princesas Night Club, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the Plaintiff J & J Sports Productions, Inc. against Alvaro Morales and Norma Garcia Pedroza, individually and d/b/a La Princesas Night Club, as follows:

   (a) Defendants Alvaro Morales and Norma Garcia Pedroza, individually and d/b/a La Princesas Night Club, shall pay the Plaintiff, J & J Sports Productions, Inc., $699.30 in total damages plus attorneys' fees in the

amount of $104.90 plus costs.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: April 8, 2010

_____
William Keller
United States District Judge